IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No.1:20-cr-00341-ELH |
| vs. | : |
| | : |
| GARY EDWARD DAVIS | : |
| | : |
| DefendantS. | : |

**CONSENT MOTION TO SEAL EXHIBIIS**

COMES NOW the Defendant, Gary Edward Davis, by and through James N. Papirmeister, Esquire, of the Law Offices of James N. Papirmeister, P.C. and, with the consent of the United States, by and through, Assistant United States Attorneys P. Michael Cunningham, we request that the eleven exhibits accompanying the sentencing memorandum, which contain highly confidential and sensitive information, including psychosexual evaluations, psychological and medical records, military and financial information, be sealed. Respectfully submitted and filed by ECF on July 1, 2021,

*James N Papirmeister*
James N Papirmeister, Esq.
Law Offices of James N Papirmeister, PC
8630 Fenton St., Suite 320
Silver Spring, Maryland 20910
Ofc(301) 589-2100;Cell(301)367-6500
Fax (240)444-8096; criminalfirm@yahoo.com
Bar # 10789

It is this _____ day of July, 2021 so ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE